To: 1      Page: 5 of 9      2023-01-09 22:10:59 GMT      13032659170      From: Gregg Thomas



**FILED**

01/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0620

**ORIGINAL**

## IN THE SUPREME COURT OF MONTANA
### Cause No. DA 22-0620



**FILED**

JAN 1 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

| | |
|---|---|
| CHARLES ROBERT MASOLO AND GAY ANN MASOLO,<br><br>Plaintiffs/Appellees,<br><br>vs.<br><br>CHRISTOPHER "GREGG" THOMAS AND MARGARET THOMAS,<br><br>Defendants/Appellants. | ORDER EXTENDING TIME TO FILE OPENING BRIEF |

Upon the APPELLANTS' motion for extension of time and good cause having been shown:

IT IS HEREBY ORDERED that that the Appellants' deadline to file their opening brief is extended to Tuesday March 2nd, 2023.

Dated this ___ day g January, 2023

_____
Chief Justice